# IN THE SUPREME COURT OF THE STATE OF NEVADA

ERICK MARQUIS BROWN,
                Appellant,

vs.

BRIAN SANDOVAL; GOVERNOR OF
THE STATE OF NEVADA; AND THE
STATE OF NEVADA,
                Respondents.

ERICK MARQUIS BROWN,
                Appellant,

vs.

BRIAN SANDOVAL; GOVERNOR OF
THE STATE OF NEVADA; AND THE
STATE OF NEVADA,
                Respondents.

No. 78820

**FILED**

JUN 24 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
    DEPUTY CLERK

No. 78821

## *ORDER DISMISSING APPEALS*

These are appeals from a district court order denying a motion to recuse and an order denying a motion to compel the district court judge to provide an affidavit and grant disqualification, entered in the same underlying district court case. Eighth Judicial District Court, Clark County; Mark R. Denton, Judge.

Review of the notices of appeal and documents before this court reveals jurisdictional defects. No statute or court rule permits an appeal from the orders described above. Accordingly, this court lacks jurisdiction over these appeals, *see Brown v. MHC Stagecoach, LLC*, 129 Nev. 343, 345,

SUPREME COURT
OF
NEVADA

(O) 1947A

19-27082

301 P.3d 850, 851 (2013) (this court "may only consider appeals authorized by statute or court rule"), and

ORDERS these appeals DISMISSED.

_____ Pickering , J.
Pickering

_____ , J.
Parraguirre

_____ Cadish , J.
Cadish

cc: Hon. Mark R. Denton, District Judge
Erick Marquis Brown
Attorney General/Carson City
Eighth District Court Clerk